

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2021

**MEMO ENDORSED**

*Defendants to be Arraigned before magistrate judge. The defendants are to appear before this court October 18, at 2:30 pm for an initial conference. Time excluded through Oct 18, in the interest of justice to allow defendants time to review discovery.*

**BY ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Lucia Collado et al., 21 Cr. 541 (CM)

Dear Judge McMahon:

On August 30, 2021, a grand jury returned the above-referenced indictment. We understand that the Court has referred arraignment to the duty Magistrate Judge and that the Court will hold a pretrial conference on October 18, 2021 at 2:30 p.m. The Government respectfully writes, with the consent of all defendants, to request that Speedy Trial time be excluded until the October 18 conference date so that the parties may exchange discovery and discuss a pretrial resolution to the case.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Alexander Li
Danielle Kudla
Assistant United States Attorneys
(212) 637-2265/-2304

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/21

cc:   All counsel (*by ECF*)