

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2021

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   *United States v. Collado*, et al.,
>        21 Cr. 541 (CM)

Dear Judge McMahon:

MEMO ENDORSED

10/18/21

Case adj to Oct. 26, 2021 at 12:00 p.m. — time excluded in the interest of justice, to facilitate plea discussions

*/s/ Colleen McMahon*

The Government writes to respectfully request that time between October 18, 2021 and October 26, 2021 be excluded pursuant to the provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) to allow all parties to be present at the next status conference and to continue to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Counsel for the defendants consent to this request.

> Very truly yours,
>
> DAMIAN WILLIAMS
> United States Attorney
>
> by:   /s/ *Danielle M. Kudla*
>        Danielle M. Kudla
>        Alexander Li
>        Assistant United States Attorneys
>        (212) 637-2304 / 2265

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/21