UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

LUCIA COLLADO,

Defendant.
-----------------------------------------------------------X

ORDER FOR THE RETURN OF
DEFENDANT'S PASSPORT IN THE
CUSTODY OF THE UNITED STATES
DISTRICT COURT PRETRIAL
SERVICES OFFICE FOR THE
SOUTHERN DISTRICT OF NEW YORK

21 Cr. 541 (CM)

Upon the application of Defendant Lucia Collado, through her attorney Mark I. Cohen, it is hereby ORDERED that:

1. Defendant's motion for the return of her passport that is in the custody of the United States District Court Pretrial Services Office for the Southern District of New York is GRANTED; and

2. The United States District Court Pretrial Services Office for the Southern District of New York shall return Ms. Collado's passport to her forthwith.

IT IS SO ORDERED.

Dated: New York, New York
       September ___, 2022

       October 18, 2022

_____
The Honorable Colleen McMahon
United States District Judge
Southern District of New York

```
:C SDNY
:UMENT
:CTRONICALLY FILED
: #: _____
E FILED: 10/18/2022
```